IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

      Plaintiff,                    No. CIV S-06-2487 MCE GGH P

   vs.

JACK HARRIS, et al.,

      Defendants.           <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  The court has separately issued an order addressing the second amended complaint filed February 12, 2007.  Named as defendants are Correctional Officers Carver and Bowers.

        The court found that plaintiff's claims against defendants Carver and Bowers concerning the kicking of plaintiff stated a colorable claim. The court found that the claims against defendants alleging retaliation and a violation of the Eighth Amendment regarding the puddle of water in front of plaintiff's cell did not state colorable claims.  For the reasons stated in that order, the court now recommends dismissal of the "water" claims.

/////

/////

1  Accordingly, IT IS HEREBY RECOMMENDED that the retaliation and Eighth
2  Amendment claims against defendants Carver and Bowers contained in the second amended
3  complaint regarding the puddle of water in front of plaintiff's cell be dismissed.
4  These findings and recommendations are submitted to the United States District
5  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
6  days after being served with these findings and recommendations, plaintiff may file written
7  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
8  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
9  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
10 F.2d 1153 (9th Cir. 1991).
11 DATED:   3/7/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

14 yon2487.56