IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

      Plaintiff,                      No. CIV S-06-2487 MCE GGH P

  vs.

JACK HARRIS, et al.,

      Defendants.           ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

        On March 14, 2007, plaintiff filed a motion to compel. This motion is a request for production of documents rather than a motion to compel. Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on

1

an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure.  Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's March 14, 2007, motion for the appointment of counsel is denied;

2. Plaintiff's March 14, 2007, motion to compel, construed as a request for production of documents, is disregarded.

DATED:  4/2/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
yona2487.31