1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JASON DAVID YONAI,                        No. 2:06-cv-02487-MCE-GGH-P

12                 Plaintiff,

13          v.                                  ORDER

14   JACK HARRIS, et al.,

15                 Defendants.

16   _____/

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20          On March 3, 2007, the magistrate judge filed findings and recommendations herein which

21   were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22   and recommendations were to be filed within twenty days.  Plaintiff has not filed objections to

23   the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

1.  The findings and recommendations filed March 3, 2007, are adopted in full; and

2.  The retaliation and Eighth Amendment claims against defendants Carver and Bowers contained in the second amended complaint regarding the puddle of water in front of plaintiff's cell are dismissed.

Dated:  May 14, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE