IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JASON DAVID YONAI,** | CIV S-06-2487 MCE GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **JACK HARRIS, et al.,** | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, Defendants are granted an additional fourteen days, to and including July 13, 2007, within which to file their reply on their motion to dismiss for failure to exhaust.

Dated: 7/3/07           /s/ Gregory G. Hollows
                        U.S. Magistrate Judge

yo2487.eot

1