IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

        Plaintiff,                    No. CIV S-06-2487 MCE GGH P

   vs.

JACK HARRIS, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 30, 2007, the court recommended that defendants' motion to dismiss for failure to exhaust administrative remedies be granted.

        On September 6, 2007, plaintiff filed a notice with the court stating that he has had three or more actions dismissed as frivolous, malicious or for failure to state a claim. For this reason, plaintiff argues, pursuant to 28 U.S.C. § 1915(g) the court should revoke the order granting his application to proceed in forma pauperis and refund the money already paid toward the filing fee.

        Plaintiff's apparent second thoughts regarding having brought this action do not justify vacating the October 30, 2007, findings and recommendations and reviewing plaintiff's litigation history in order to determine whether he is a three strikes candidate. In any event, a

1

finding that plaintiff is a three strikes candidate does not necessarily mean a refund of the money already paid by plaintiff toward the filing fee.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's September 6, 2007, request that the court consider whether he has three strikes pursuant to 28 U.S.C. § 1915(g) is denied.

DATED: 11/8/07                              /s/ Gregory G. Hollows

                                                   UNITED STATES MAGISTRATE JUDGE

yon2487.ord